NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## JOHN ROBERT ADAIR, DILJEET SINGH ATHWAL, AND JOHN SPENCER EMTAGE,

*Appellants,*

v.

## PAUL J. CARTER AND LEONARD G. PRESTA,

*Appellees.*

---

2011-1212
(Interference No. 105,744)

---

Appeal from the United States Patent & Trademark Office, Board of Patent Appeals and Interferences.

---

## JOHN ROBERT ADAIR, DILJEET SINGH ATHWAL, AND JOHN SPENCER EMTAGE,

*Appellees,*

v.

## PAUL J. CARTER AND LEONARD G. PRESTA,

*Appellants.*

---

2011-1213
(Interference No. 105,744)

---

Appeal from the United States Patent & Trademark Office, Board of Patent Appeals and Interferences.

---

## O R D E R

Upon consideration of the cross-appellants' unopposed motion for voluntary dismissal of cross-appeal, 2011-1213, pursuant to Fed. R. App. P. 42(b),

IT IS ORDERED THAT:

The motion is granted. The revised caption in 2011-1212 is reflected above.

(2) Each side shall bear its own costs in 2011-1213.

FOR THE COURT

JUL  6 2011
_____                         /s/ Jan Horbaly
Date                                    Jan Horbaly
                                        Clerk

cc:  Doreen Yatko Trujillo, Esq.
     Oliver R. Ashe, Jr., Esq.

s24

ISSUED AS A MANDATE (as to 2011-1213 only): JUL  6 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2011

JAN HORBALY
CLERK